In the Matter of the Application of JOHN B. McDONALD, Respondent, for a Writ of Mandamus against EDWARD M. GROUT, as Comptroller of the City of New York, Appellant.

*Matter of McDonald,* 80 App. Div. 210, affirmed.
(Argued April 29, 1903; decided May 19, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 5, 1903, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to require the comptroller of the city of New York to issue a warrant for the payment of certain construction work on the rapid transit railroad of the city of New York, and granted such writ.

*George L. Rives, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for appellant.

*John L. Cadwalader* and *George W. Wickersham* for respondent.

Order affirmed, with costs, on opinion of HATCH, J., below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, VANN, CULLEN and WERNER, JJ. Absent: BARTLETT, J.